**Aaron M. DEROO, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 06–1828.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 29, 2007.

Filed: Feb. 1, 2007.

Aaron M. Deroo, Terre Haute, IN, pro se.

Drew H. Wrigley, United States Attorney, argued, Fargo, ND, for Appellee.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

PER CURIAM.

Aaron Deroo appeals the district court's[1] denial of his petition filed under 28 U.S.C. § 2241. We affirm for the reasons stated by the district court. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Rodney S. Webb, United States District Judge for the District of North Dakota.